United States District Court<br>For the Northern District of California

1
2
3
4           IN THE UNITED STATES DISTRICT COURT
5           FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7
8  MOHAMED ABDEL GHAFAR MAKRAM          NO. CV 07-04716 CW
           Plaintiff,                  **CLERK'S NOTICE RE: FAILURE
9     v.                                TO FILE ELECTRONICALLY**
10
11 PAUL CLEMENT
           Defendant.
12                                     /

13 On **9/13/07**, counsel for **plaintiff** filed a **complaint (docket #1)** manually, on paper.  This case has
14 been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.
15
16 The above mentioned  paper document has been filed and docketed. However, General Order 45
17 provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be
18 presumptively designated" as e-filing cases. Therefore, counsel for **plaintiff**  should submit the
19 **complaint (docket #1)**, in PDF format within 10 days, as an attachment in an *e-mail* message directed
20 to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges**
21 button and follow the procedure listed there). Do *not* e-file a document which has been previously filed
22 on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.
23
24
25 Dated: October 15, 2007                        Clara Pierce
26                                                Deputy Clerk
27
28