1  SCOTT N. SCHOOL, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12 MOHAMED ADEL GHAFAR MAKRAM,           )
                                         )  Case No. 07-4716 CW
              Plaintiff,                 )
13                                       )
         v.                              )
14                                       )  **STIPULATION TO DISMISS AND**
   PAUL CLEMENT, Interim Attorney General )  **[PROPOSED] ORDER**
15 of the United States; *et al.*,       )
                                         )
16            Defendants.                )
                                         )
17 _____)

18     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

19 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20 action without prejudice in light of the fact that the United States Citizenship and Immigration

21 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

22 adjudicate such application within 30 days of the dismissal of this action.

23     Each of the parties shall bear their own costs and fees.

24 ///

25 ///

26 ///

27

28

Stipulation to Dismiss
C 07-4716 CW                                1

| | |
|---|---|
| Date: November 16, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>_/s/_<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: November 16, 2007 | _/s/_<br>ROBERT L. VOLZ<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
CLAUDIA WILKEN
United States District Judge

Stipulation to Dismiss
C 07-4716 CW                                          2