1  SCOTT N. SCHOOL, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                               OAKLAND DIVISION
11

MOHAMED ADEL GHAFAR MAKRAM,                )
                                           )  Case No. 07-4716 CW
            Plaintiff,                     )
                                           )
       v.                                  )
                                           )  **STIPULATION TO DISMISS AND**
PAUL CLEMENT, Interim Attorney General     )  **ORDER**
of the United States; *et al.*,            )
                                           )
            Defendants.                    )
                                           )

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

   Each of the parties shall bear their own costs and fees.

///

///

///

Stipulation to Dismiss
C 07-4716 CW                                    1

1  Date: November 16, 2007                Respectfully submitted,

2                                          SCOTT N. SCHOOLS
                                           United States Attorney
3

4
                                                    /s/
5                                          EDWARD A. OLSEN
                                           Assistant United States Attorney
6                                          Attorneys for Defendants

7

8

9                                                   /s/
   Date: November 16, 2007                 ROBERT L. VOLZ
10                                         Attorney for Plaintiff

11
                                  **ORDER**
12
        Pursuant to stipulation, IT IS SO ORDERED.
13

14
   Date:   11/28/07                        _____
15                                         CLAUDIA WILKEN
                                           United States District Judge
16

Stipulation to Dismiss
C 07-4716 CW                               2