SCOTT N. SCHOOL, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOHAMED ADEL GHAFAR MAKRAM,  )<br>                     )<br>       Plaintiff,     )<br>                     )<br>      v.            )<br>                     )<br>PAUL CLEMENT, Interim Attorney General )<br>of the United States; *et al.*,     )<br>                     )<br>       Defendants.   )<br>                     ) | Case No. 07-4716 CW<br><br><br><br>**STIPULATION TO DISMISS AND ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

///

1   Date: November 16, 2007                    Respectfully submitted,

2                                              SCOTT N. SCHOOLS
                                               United States Attorney
3

4
                                                        /s/
5                                              EDWARD A. OLSEN
                                               Assistant United States Attorney
6                                              Attorneys for Defendants

7

8

9                                                       /s/
    Date: November 16, 2007                    ROBERT L. VOLZ
10                                             Attorney for Plaintiff

11

12                                  **ORDER**

13          Pursuant to stipulation, IT IS SO ORDERED.

14
    Date:  11/28/07                            _Claudia Wilken_
15                                             CLAUDIA WILKEN
                                               United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 07-4716 CW                    2